UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHTH YAH YAHVAH,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendant. | NO. CV 16-4674-MWF (AGR)<br><br>ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT RECOMMEND DISMISSAL OF THE COMPLAINT ON OR BEFORE JULY 29, 2016 |

On June 27, 2016, Plaintiff filed a civil rights complaint against the County of Los Angeles and three social workers, Virginia Lyle, Vanessa Soto and Roshanda Hughes. Plaintiff seeks punitive damages, compensatory damages in the amount of $10,000,000,000, declaratory relief and the "death penalty for each violator for high treason and child abuse."

Plaintiff has left blank the sections of the form complaint entitled "statement of facts" and "claims." Plaintiff's complaint therefore does not comply with Federal Rule of Civil Procedure 8, which requires that a complaint contain a short and plain statement of the claim or claims showing that the pleader is entitled to relief. Fed. R. Civ. P. 8(a)(2). A complaint must contain sufficient factual allegations "'to state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

Plaintiff may file a First Amended Complaint that contains her claims and supporting factual allegations.

Accordingly, IT IS ORDERED that Plaintiff show cause **on or before July 29, 2016**, why the court should not recommend dismissal of the complaint for failure to state any claim for relief. Filing a First Amended Complaint in compliance with this order on or before July 29, 2016, shall be deemed compliance with the order to show cause. If the Plaintiff chooses to file a First Amended Complaint, it must be complete in and of itself without referring to or incorporating the original complaint.

The court notes that Plaintiff enclosed copies of various documents from two related state cases she filed, *Yahvah v. Dep't of Children and Family Service*, BC586430, and *Yahvah, et al. v. Soto*, BC 594358. According to the online docket for the Los Angeles County Superior Court, judgment was entered in Case No. BC586430 on April 13, 2016, and dismissal was entered in Case No. BC594358 on May 10, 2016.

DATED: July 5, 2016

ALICIA G. ROSENBERG
United States Magistrate Judge

2